UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward N. Vaisman, Esq. (EV3885)
VAISMAN LAW OFFICES
33 Wood Avenue South, Suite 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for the Debtor

In Re:

Anatoliy Gavrilov

Case No.:    20-21769

Judge:    Meisel

Chapter:    13

Recommended Local Form:    ☒ Followed    ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Edward Vaisman_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____January 13, 2020_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: __12/30/2020_____              /s/Anatoliy Gavrilov_____
                                                                                       Signature of Debtor

DATED: _____              _____
                                                                                       Signature of Joint Debtor

new.5/23/06;jml