EDWARD NATHAN VAISMAN
VAISMAN LAW OFFICE
33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NJ  08830

Re:  ANATOLIY GAVRILOV
11 RIVER DELL
OAKLAND, NJ 07436-2302

Atty:  EDWARD NATHAN VAISMAN
VAISMAN LAW OFFICE
33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NJ  08830

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-21769

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/03/2020 | $1,505.00 | 7206602000 | 12/02/2020 | $1,505.00 | 7279594000 |
| 01/04/2021 | $1,505.00 | 7353633000 | | | |

**Total Receipts: $4,515.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $4,515.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 338.64 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 13,077.54 | 100.00% | 0.00 | 0.00 |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 10,838.93 | 100.00% | 0.00 | 0.00 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 11,117.11 | 100.00% | 0.00 | 0.00 |
| 0008 | CITIBANK NA | UNSECURED | 4,088.95 | 100.00% | 0.00 | 0.00 |
| 0009 | CITIBANK NA | UNSECURED | 7,751.18 | 100.00% | 0.00 | 0.00 |
| 0011 | DISCOVER BANK | UNSECURED | 2,244.39 | 100.00% | 0.00 | 0.00 |
| 0012 | DISCOVER BANK | UNSECURED | 10,294.59 | 100.00% | 0.00 | 0.00 |
| 0013 | GS BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SYNCHRONY BANK | UNSECURED | 6,330.42 | 100.00% | 0.00 | 0.00 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 231.08 | 100.00% | 0.00 | 0.00 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,301.70 | 100.00% | 0.00 | 0.00 |
| 0024 | JPMORGAN CHASE BANK NA | UNSECURED | 7,107.73 | 100.00% | 0.00 | 0.00 |
| 0025 | ACURA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $338.64**
See Summary

**Chapter 13 Case # 20-21769**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $4,515.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $338.64      =      Funds on Hand: $4,176.36

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.