Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−21769−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anatoliy Gavrilov
   11 River Dell
   Oakland, NJ 07436−2302

Social Security No.:
   xxx−xx−3484

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 20, 2021.

Dated: January 20, 2021
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 20-21769-SLM

Anatoliy Gavrilov                                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                         Page 1 of 3

Date Rcvd: Jan 20, 2021                   Form ID: plncf13                                Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anatoliy Gavrilov, 11 River Dell, Oakland, NJ 07436-2302 |
| 518993084 | + | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 518993086 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518993085 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519043605 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518993087 | | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518993089 | | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518993090 | | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519050554 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518993091 | | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518993092 | | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518993095 | + | Gs Bank USA, Attn: Bankruptcy, PO Box 6112, Philadelphia, PA 19115-6112 |
| 519007964 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518993103 | | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 22:47:20 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518993083 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2021 23:01:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 166469, Irving, TX 75016-6469 |
| 519001296 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2021 23:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518998268 | | Email/Text: mrdiscen@discover.com | Jan 20 2021 22:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518993093 | | Email/Text: mrdiscen@discover.com | Jan 20 2021 22:59:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518993094 | | Email/Text: mrdiscen@discover.com | Jan 20 2021 22:59:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 518993088 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 22:55:19 | Chase Card Services, Attn: Bankruptcy, PO Box |

| | | | |
|---|---|---|---|
| | | | 15298, Wilmington, DE 19850-5298 |
| 518993096 | Email/PDF: ais.chase.ebn@americaninfosource.com Jan 20 2021 22:55:19 | | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519053664 | Email/PDF: resurgentbknotifications@resurgent.com Jan 20 2021 22:51:48 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519051181 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2021 22:55:29 | | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 519049807 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2021 22:55:28 | | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518993099 | Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:54:57 | | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518993097 | Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:51:12 | | Syncb/gapdc, PO Box 965005, Orlando, FL 32896-5005 |
| 518993098 | Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:54:58 | | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 518993100 | Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:46:52 | | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 519051044 | + Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:54:58 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518993733 | + Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:51:12 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518993101 | Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:51:12 | | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518993102 | Email/PDF: gecsedi@recoverycorp.com Jan 20 2021 22:46:53 | | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

**Name**             **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 20, 2021 | Form ID: plncf13 | Total Noticed: 35 |

Denise E. Carlon
    on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Edward Nathan Vaisman
    on behalf of Debtor Anatoliy Gavrilov vaismanlaw@gmail.com G20495@notify.cincompass.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4