52954
Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for American Honda Finance Corporation d/b/a Acura
Financial Services, Administrator for Honda Lease Trust
JM5630_____

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:        ANATOLIY GAVRILOV |  |
|  | CHAPTER 13<br>CASE NO.: 20-21769 (SLM)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

American Honda Finance Corporation d/b/a Acura Financial Services, Administrator for Honda Lease Trust hereby enters its appearance and the law firm of Morton & Craig, LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for American Honda Finance Corporation d/b/a Acura Financial Services, Administrator for Honda Lease Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

American Honda Finance Corporation d/b/a Acura Financial Services, Administrator for Honda Lease Trust, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this

Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to American Honda Finance Corporation d/b/a Acura Financial Services, Administrator for Honda Lease Trust by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

American Honda Finance Corporation d/b/a Acura
Financial Services, Administrator for Honda Lease Trust
3625 W. Royal Lane #200
Irving, TX 75063

American Honda Finance Corporation d/b/a Acura Financial Services, Administrator for Honda Lease Trust, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ John R. Morton, Jr.
John R. Morton, Jr., Esquire

Attorney for American Honda Finance
Corporation d/b/a Acura Financial
Services, Administrator for Honda
Lease Trust