EDWARD NATHAN VAISMAN
VAISMAN LAW OFFICE
33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NJ  08830

Re:  ANATOLIY GAVRILOV  
     11 RIVER DELL  
     OAKLAND, NJ 07436-2302

Atty: EDWARD NATHAN VAISMAN  
     VAISMAN LAW OFFICE  
     33 WOOD AVENUE SOUTH  
     SUITE 600  
     ISELIN, NJ  08830

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 20-21769

## RECEIPTS AS OF 01/14/2022 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/03/2020 | $1,505.00 | 7206602000 | 12/02/2020 | $1,505.00 | 7279594000 |
| 01/04/2021 | $1,505.00 | 7353633000 | 02/02/2021 | $1,505.00 | 7423875000 |
| 03/08/2021 | $1,505.00 | 7506190000 | 04/05/2021 | $1,505.00 | 7577359000 |
| 05/04/2021 | $1,505.00 | 7649028000 | 06/02/2021 | $1,505.00 | 7712624000 |
| 07/02/2021 | $1,505.00 | 7785713000 | 08/02/2021 | $1,505.00 | 7852335000 |
| 09/07/2021 | $1,505.00 | 7927330000 | 10/04/2021 | $1,505.00 | 7992526000 |
| 11/02/2021 | $1,505.00 | 8054661000 | 12/02/2021 | $1,505.00 | 8121777000 |
| 01/03/2022 | $1,505.00 | 8183939000 | | | |

**Total Receipts: $22,575.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $22,575.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 05/17/2021 | $1,359.56 | 870,330 | 06/21/2021 | $230.27 | 872,131 |
| | 07/19/2021 | $230.27 | 873,935 | 08/16/2021 | $230.27 | 875,618 |
| | 09/20/2021 | $230.22 | 877,345 | 10/18/2021 | $230.30 | 879,122 |
| | 11/17/2021 | $232.72 | 880,833 | 12/13/2021 | $232.70 | 882,469 |
| | 01/10/2022 | $232.72 | 884,125 | | | |
| CITIBANK NA | | | | | | |
| | 05/17/2021 | $425.10 | 870,073 | 05/17/2021 | $805.82 | 870,073 |
| | 06/21/2021 | $72.00 | 871,848 | 06/21/2021 | $136.48 | 871,848 |
| | 07/19/2021 | $72.00 | 873,676 | 07/19/2021 | $136.48 | 873,676 |
| | 08/16/2021 | $72.00 | 875,364 | 08/16/2021 | $136.48 | 875,364 |
| | 09/20/2021 | $71.98 | 877,078 | 09/20/2021 | $136.50 | 877,078 |
| | 10/18/2021 | $72.00 | 878,862 | 10/18/2021 | $136.47 | 878,862 |
| | 11/17/2021 | $72.76 | 880,566 | 11/17/2021 | $137.93 | 880,566 |
| | 12/13/2021 | $72.78 | 882,202 | 12/13/2021 | $137.93 | 882,202 |
| | 01/10/2022 | $72.76 | 883,859 | 01/10/2022 | $137.93 | 883,859 |

**Chapter 13 Case # 20-21769**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 05/17/2021 | $233.33 | 870,479 | | 05/17/2021 | $1,070.24 | 870,479 |
| | 06/21/2021 | $39.52 | 872,290 | | 06/21/2021 | $181.27 | 872,290 |
| | 07/19/2021 | $39.52 | 874,082 | | 07/19/2021 | $181.26 | 874,082 |
| | 08/16/2021 | $39.52 | 875,765 | | 08/16/2021 | $181.27 | 875,765 |
| | 09/20/2021 | $39.51 | 877,508 | | 09/20/2021 | $181.23 | 877,508 |
| | 10/18/2021 | $39.52 | 879,277 | | 10/18/2021 | $181.30 | 879,277 |
| | 11/17/2021 | $39.94 | 880,988 | | 11/17/2021 | $183.19 | 880,988 |
| | 12/13/2021 | $39.95 | 882,619 | | 12/13/2021 | $183.18 | 882,619 |
| | 01/10/2022 | $39.94 | 884,271 | | 01/10/2022 | $183.19 | 884,271 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 05/17/2021 | $738.92 | 870,114 | | 05/17/2021 | $1,126.82 | 870,114 |
| | 06/21/2021 | $190.85 | 871,892 | | 06/21/2021 | $125.15 | 871,892 |
| | 07/19/2021 | $125.15 | 873,715 | | 07/19/2021 | $190.85 | 873,715 |
| | 08/16/2021 | $190.85 | 875,401 | | 08/16/2021 | $125.15 | 875,401 |
| | 09/20/2021 | $190.88 | 877,119 | | 09/20/2021 | $125.18 | 877,119 |
| | 10/18/2021 | $125.14 | 878,901 | | 10/18/2021 | $190.83 | 878,901 |
| | 11/17/2021 | $126.48 | 880,606 | | 11/17/2021 | $192.88 | 880,606 |
| | 12/13/2021 | $192.87 | 882,243 | | 12/13/2021 | $126.48 | 882,243 |
| | 01/10/2022 | $192.88 | 883,901 | | 01/10/2022 | $126.48 | 883,901 |
| LVNV FUNDING LLC | | | | | | | |
| | 05/17/2021 | $1,155.74 | 870,698 | | 06/21/2021 | $195.75 | 872,502 |
| | 07/19/2021 | $195.75 | 874,279 | | 08/16/2021 | $195.75 | 875,972 |
| | 09/20/2021 | $195.77 | 877,723 | | 10/18/2021 | $195.72 | 879,469 |
| | 11/17/2021 | $197.83 | 881,183 | | 12/13/2021 | $197.88 | 882,807 |
| | 01/10/2022 | $197.83 | 884,453 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/17/2021 | $24.01 | 8,002,234 | | 05/17/2021 | $755.05 | 8,002,234 |
| | 06/21/2021 | $127.88 | 8,002,277 | | 07/19/2021 | $8.15 | 8,002,330 |
| | 07/19/2021 | $127.88 | 8,002,330 | | 08/16/2021 | $127.88 | 8,002,383 |
| | 09/20/2021 | $8.14 | 8,002,432 | | 09/20/2021 | $127.91 | 8,002,432 |
| | 10/18/2021 | $127.87 | 8,002,481 | | 11/17/2021 | $8.18 | 8,002,529 |
| | 11/17/2021 | $129.24 | 8,002,529 | | 12/13/2021 | $129.24 | 8,002,581 |
| | 01/10/2022 | $8.22 | 8,002,633 | | 01/10/2022 | $129.24 | 8,002,633 |
| SYNCHRONY BANK | | | | | | | |
| | 05/17/2021 | $658.12 | 869,850 | | 06/21/2021 | $111.47 | 871,610 |
| | 07/19/2021 | $111.46 | 873,467 | | 08/16/2021 | $111.47 | 875,151 |
| | 09/20/2021 | $111.44 | 876,871 | | 10/18/2021 | $111.49 | 878,664 |
| | 11/17/2021 | $112.65 | 880,372 | | 12/13/2021 | $112.64 | 882,024 |
| | 01/10/2022 | $112.65 | 883,665 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,429.78 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 13,077.54 | 100.00% | 3,209.03 | 9,868.51 |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 10,838.93 | 100.00% | 2,659.71 | 8,179.22 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 11,117.11 | 100.00% | 2,728.02 | 8,389.09 |
| 0008 | CITIBANK NA | UNSECURED | 4,088.95 | 100.00% | 1,003.38 | 3,085.57 |
| 0009 | CITIBANK NA | UNSECURED | 7,751.18 | 100.00% | 1,902.02 | 5,849.16 |
| 0011 | DISCOVER BANK | UNSECURED | 2,244.39 | 100.00% | 550.75 | 1,693.64 |
| 0012 | DISCOVER BANK | UNSECURED | 10,294.59 | 100.00% | 2,526.13 | 7,768.46 |
| 0013 | GS BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SYNCHRONY BANK | UNSECURED | 6,330.42 | 100.00% | 1,553.39 | 4,777.03 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 231.08 | 100.00% | 56.70 | 174.38 |

**Chapter 13 Case # 20-21769**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,262.85 | 100.00% | 1,782.19 | 5,480.66 |
| 0024 | JPMORGAN CHASE BANK NA | UNSECURED | 7,107.73 | 100.00% | 1,744.13 | 5,363.60 |
| 0025 | ACURA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $21,145.23**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $22,575.00   -   Paid to Claims: $19,715.45   -   Admin Costs Paid: $1,429.78   =   Funds on Hand: $1,429.77

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.