UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
52954
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust

In Re:

ANATOLIY GAVRILOV

**Order Filed on February 8, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-21769

Adv. No.:

Hearing Date: 12-8-21

Judge: SLM

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 8, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**ANATOLIY GAVRILOV**
20-21769(SLM)
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust, with the appearance of Edward Nathan Vaisman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation, dba Acura Financial Services is the administrator for Honda Lease Trust, the owner and lessor of a 2020 Acura TLX bearing vehicle identification number 19UUB1F35LA006458 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. The debtor shall make all lease payments to American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust when due, being the 4th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and HIS attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and HIS attorney.

4. The debtor shall pay to American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust through the plan, a counsel fee of $538 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, American Honda Finance Corporation, dba Acura Financial Services, administrator for Honda Lease Trust shall have immediate stay relief <u>shall receive immediate stay relief without any application to the Court or notice to the debtor or his attorney and shall be permitted to immediately repossess and sell the vehicle.</u>