EDWARD NATHAN VAISMAN
VAISMAN LAW OFFICE
33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NJ  08830

Re:   ANATOLIY GAVRILOV
      11 RIVER DELL
      OAKLAND,  NJ  07436-2302

Atty:  EDWARD NATHAN VAISMAN
       VAISMAN LAW OFFICE
       33 WOOD AVENUE SOUTH
       SUITE 600
       ISELIN, NJ  08830

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 20-21769

## RECEIPTS AS OF 01/13/2023            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/03/2020 | $1,505.00 | 7206602000 | 12/02/2020 | $1,505.00 | 7279594000 |
| 01/04/2021 | $1,505.00 | 7353633000 | 02/02/2021 | $1,505.00 | 7423875000 |
| 03/08/2021 | $1,505.00 | 7506190000 | 04/05/2021 | $1,505.00 | 7577359000 |
| 05/04/2021 | $1,505.00 | 7649028000 | 06/02/2021 | $1,505.00 | 7712624000 |
| 07/02/2021 | $1,505.00 | 7785713000 | 08/02/2021 | $1,505.00 | 7852335000 |
| 09/07/2021 | $1,505.00 | 7927330000 | 10/04/2021 | $1,505.00 | 7992526000 |
| 11/02/2021 | $1,505.00 | 8054661000 | 12/02/2021 | $1,505.00 | 8121777000 |
| 01/03/2022 | $1,505.00 | 8183939000 | 02/03/2022 | $1,505.00 | 8251203000 |
| 03/02/2022 | $1,505.00 | 8313822000 | 04/04/2022 | $1,505.00 | 8383151000 |
| 05/03/2022 | $1,505.00 | 8444825000 | 06/06/2022 | $1,505.00 | 8511245000 |
| 07/05/2022 | $1,505.00 | 8563103000 | 08/02/2022 | $1,505.00 | 8626081000 |
| 09/06/2022 | $1,505.00 | 8688078000 | 10/04/2022 | $1,505.00 | 8748766000 |
| 11/01/2022 | $1,505.00 | 8801504000 | 12/02/2022 | $1,505.00 | 8858027000 |
| 01/09/2023 | $1,505.00 | 8926199000 | | | |

**Total Receipts: $40,635.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $40,635.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023            (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ACURA FINANCIAL SERVICES | | | | | | | |
| | 02/14/2022 | $538.00 | 885,760 | | | | |
| BANK OF AMERICA | | | | | | | |
| | 05/17/2021 | $1,359.56 | 870,330 | | 06/21/2021 | $230.27 | 872,131 |
| | 07/19/2021 | $230.27 | 873,935 | | 08/16/2021 | $230.27 | 875,618 |
| | 09/20/2021 | $230.22 | 877,345 | | 10/18/2021 | $230.30 | 879,122 |
| | 11/17/2021 | $232.72 | 880,833 | | 12/13/2021 | $232.70 | 882,469 |
| | 01/10/2022 | $232.72 | 884,125 | | 02/14/2022 | $145.17 | 885,809 |
| | 03/14/2022 | $232.69 | 887,520 | | 04/18/2022 | $236.39 | 889,221 |
| | 05/16/2022 | $236.43 | 890,932 | | 06/20/2022 | $236.37 | 892,618 |

**Chapter 13 Case # 20-21769**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/18/2022 | $236.39 | 894,348 | | 08/15/2022 | $236.39 | 895,916 |
| | 09/19/2022 | $236.39 | 897,514 | | 10/17/2022 | $236.39 | 899,189 |
| | 11/14/2022 | $231.49 | 900,765 | | 12/12/2022 | $231.50 | 902,317 |
| | 01/09/2023 | $231.48 | 903,807 | | | | |
| CITIBANK NA | | | | | | | |
| | 05/17/2021 | $425.10 | 870,073 | | 05/17/2021 | $805.82 | 870,073 |
| | 06/21/2021 | $72.00 | 871,848 | | 06/21/2021 | $136.48 | 871,848 |
| | 07/19/2021 | $72.00 | 873,676 | | 07/19/2021 | $136.48 | 873,676 |
| | 08/16/2021 | $72.00 | 875,364 | | 08/16/2021 | $136.48 | 875,364 |
| | 09/20/2021 | $71.98 | 877,078 | | 09/20/2021 | $136.50 | 877,078 |
| | 10/18/2021 | $72.00 | 878,862 | | 10/18/2021 | $136.47 | 878,862 |
| | 11/17/2021 | $72.76 | 880,566 | | 11/17/2021 | $137.93 | 880,566 |
| | 12/13/2021 | $72.78 | 882,202 | | 12/13/2021 | $137.93 | 882,202 |
| | 01/10/2022 | $72.76 | 883,859 | | 01/10/2022 | $137.93 | 883,859 |
| | 02/14/2022 | $45.37 | 885,533 | | 02/14/2022 | $86.04 | 885,533 |
| | 03/14/2022 | $72.77 | 887,256 | | 03/14/2022 | $137.95 | 887,256 |
| | 04/18/2022 | $73.91 | 888,920 | | 04/18/2022 | $140.11 | 888,920 |
| | 05/16/2022 | $73.90 | 890,662 | | 05/16/2022 | $140.09 | 890,662 |
| | 06/20/2022 | $73.93 | 892,328 | | 06/20/2022 | $140.12 | 892,328 |
| | 07/18/2022 | $73.91 | 894,077 | | 07/18/2022 | $140.11 | 894,077 |
| | 08/15/2022 | $73.89 | 895,642 | | 08/15/2022 | $140.11 | 895,642 |
| | 09/19/2022 | $73.91 | 897,223 | | 09/19/2022 | $140.11 | 897,223 |
| | 10/17/2022 | $73.94 | 898,904 | | 10/17/2022 | $140.11 | 898,904 |
| | 11/14/2022 | $72.38 | 900,469 | | 11/14/2022 | $137.21 | 900,469 |
| | 12/12/2022 | $72.36 | 902,041 | | 12/12/2022 | $137.20 | 902,041 |
| | 01/09/2023 | $72.41 | 903,534 | | 01/09/2023 | $137.24 | 903,534 |
| DISCOVER BANK | | | | | | | |
| | 05/17/2021 | $233.33 | 870,479 | | 05/17/2021 | $1,070.24 | 870,479 |
| | 06/21/2021 | $39.52 | 872,290 | | 06/21/2021 | $181.27 | 872,290 |
| | 07/19/2021 | $39.52 | 874,082 | | 07/19/2021 | $181.26 | 874,082 |
| | 08/16/2021 | $39.52 | 875,765 | | 08/16/2021 | $181.27 | 875,765 |
| | 09/20/2021 | $39.51 | 877,508 | | 09/20/2021 | $181.23 | 877,508 |
| | 10/18/2021 | $39.52 | 879,277 | | 10/18/2021 | $181.30 | 879,277 |
| | 11/17/2021 | $39.94 | 880,988 | | 11/17/2021 | $183.19 | 880,988 |
| | 12/13/2021 | $39.95 | 882,619 | | 12/13/2021 | $183.18 | 882,619 |
| | 01/10/2022 | $39.94 | 884,271 | | 01/10/2022 | $183.19 | 884,271 |
| | 02/14/2022 | $24.90 | 885,969 | | 02/14/2022 | $114.28 | 885,969 |
| | 03/14/2022 | $39.94 | 887,671 | | 03/14/2022 | $183.17 | 887,671 |
| | 04/18/2022 | $40.57 | 889,386 | | 04/18/2022 | $186.09 | 889,386 |
| | 05/16/2022 | $40.57 | 891,079 | | 05/16/2022 | $186.12 | 891,079 |
| | 06/20/2022 | $40.57 | 892,775 | | 06/20/2022 | $186.07 | 892,775 |
| | 07/18/2022 | $40.57 | 894,487 | | 07/18/2022 | $186.09 | 894,487 |
| | 08/15/2022 | $40.57 | 896,062 | | 08/15/2022 | $186.08 | 896,062 |
| | 09/19/2022 | $40.57 | 897,670 | | 09/19/2022 | $186.09 | 897,670 |
| | 10/17/2022 | $40.57 | 899,327 | | 10/17/2022 | $186.08 | 899,327 |
| | 11/14/2022 | $39.73 | 900,907 | | 11/14/2022 | $182.23 | 900,907 |
| | 12/12/2022 | $39.73 | 902,451 | | 12/12/2022 | $182.23 | 902,451 |
| | 01/09/2023 | $39.73 | 903,939 | | 01/09/2023 | $182.22 | 903,939 |

**Chapter 13 Case # 20-21769**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 05/17/2021 | $738.92 | 870,114 | 05/17/2021 | $1,126.82 | 870,114 |
| | 06/21/2021 | $190.85 | 871,892 | 06/21/2021 | $125.15 | 871,892 |
| | 07/19/2021 | $125.15 | 873,715 | 07/19/2021 | $190.85 | 873,715 |
| | 08/16/2021 | $190.85 | 875,401 | 08/16/2021 | $125.15 | 875,401 |
| | 09/20/2021 | $190.88 | 877,119 | 09/20/2021 | $125.18 | 877,119 |
| | 10/18/2021 | $125.14 | 878,901 | 10/18/2021 | $190.83 | 878,901 |
| | 11/17/2021 | $126.48 | 880,606 | 11/17/2021 | $192.88 | 880,606 |
| | 12/13/2021 | $192.87 | 882,243 | 12/13/2021 | $126.48 | 882,243 |
| | 01/10/2022 | $192.88 | 883,901 | 01/10/2022 | $126.48 | 883,901 |
| | 02/14/2022 | $120.32 | 885,573 | 02/14/2022 | $78.90 | 885,573 |
| | 03/14/2022 | $126.47 | 887,294 | 03/14/2022 | $192.86 | 887,294 |
| | 04/18/2022 | $195.93 | 888,960 | 04/18/2022 | $128.48 | 888,960 |
| | 05/16/2022 | $195.90 | 890,695 | 05/16/2022 | $128.50 | 890,695 |
| | 06/20/2022 | $128.47 | 892,366 | 06/20/2022 | $195.96 | 892,366 |
| | 07/18/2022 | $195.93 | 894,111 | 07/18/2022 | $128.48 | 894,111 |
| | 08/15/2022 | $128.48 | 895,676 | 08/15/2022 | $195.92 | 895,676 |
| | 09/19/2022 | $195.93 | 897,261 | 09/19/2022 | $128.48 | 897,261 |
| | 10/17/2022 | $128.48 | 898,937 | 10/17/2022 | $195.92 | 898,937 |
| | 11/14/2022 | $191.87 | 900,501 | 11/14/2022 | $125.82 | 900,501 |
| | 12/12/2022 | $125.82 | 902,076 | 12/12/2022 | $191.87 | 902,076 |
| | 01/09/2023 | $191.86 | 903,565 | 01/09/2023 | $125.81 | 903,565 |
| LVNV FUNDING LLC | | | | | | |
| | 05/17/2021 | $1,155.74 | 870,698 | 06/21/2021 | $195.75 | 872,502 |
| | 07/19/2021 | $195.75 | 874,279 | 08/16/2021 | $195.75 | 875,972 |
| | 09/20/2021 | $195.77 | 877,723 | 10/18/2021 | $195.72 | 879,469 |
| | 11/17/2021 | $197.83 | 881,183 | 12/13/2021 | $197.88 | 882,807 |
| | 01/10/2022 | $197.83 | 884,453 | 02/14/2022 | $123.35 | 886,162 |
| | 03/14/2022 | $197.86 | 887,861 | 04/18/2022 | $200.95 | 889,598 |
| | 05/16/2022 | $200.93 | 891,284 | 06/20/2022 | $200.96 | 892,985 |
| | 07/18/2022 | $200.95 | 894,664 | 08/15/2022 | $200.96 | 896,252 |
| | 09/19/2022 | $200.95 | 897,863 | 10/17/2022 | $200.95 | 899,514 |
| | 11/14/2022 | $196.79 | 901,082 | 12/12/2022 | $196.79 | 902,629 |
| | 01/09/2023 | $196.78 | 904,128 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 05/17/2021 | $24.01 | 8,002,234 | 05/17/2021 | $755.05 | 8,002,234 |
| | 06/21/2021 | $127.88 | 8,002,277 | 07/19/2021 | $8.15 | 8,002,330 |
| | 07/19/2021 | $127.88 | 8,002,330 | 08/16/2021 | $127.88 | 8,002,383 |
| | 09/20/2021 | $8.14 | 8,002,432 | 09/20/2021 | $127.91 | 8,002,432 |
| | 10/18/2021 | $127.87 | 8,002,481 | 11/17/2021 | $8.18 | 8,002,529 |
| | 11/17/2021 | $129.24 | 8,002,529 | 12/13/2021 | $129.24 | 8,002,581 |
| | 01/10/2022 | $8.22 | 8,002,633 | 01/10/2022 | $129.24 | 8,002,633 |
| | 02/14/2022 | $80.62 | 8,002,683 | 03/14/2022 | $6.68 | 8,002,741 |
| | 03/14/2022 | $129.27 | 8,002,741 | 04/18/2022 | $131.28 | 8,002,785 |
| | 05/16/2022 | $114.42 | 8,002,843 | 05/16/2022 | $8.36 | 8,002,843 |
| | 05/16/2022 | $131.27 | 8,002,843 | 06/20/2022 | $114.44 | 8,002,892 |
| | 06/20/2022 | $131.27 | 8,002,892 | 07/18/2022 | $114.43 | 8,002,950 |
| | 07/18/2022 | $8.35 | 8,002,950 | 07/18/2022 | $131.28 | 8,002,950 |
| | 08/15/2022 | $114.44 | 8,002,997 | 08/15/2022 | $131.30 | 8,002,997 |
| | 09/19/2022 | $114.43 | 8,003,048 | 09/19/2022 | $8.36 | 8,003,048 |
| | 09/19/2022 | $131.28 | 8,003,048 | 10/17/2022 | $114.42 | 8,003,103 |
| | 10/17/2022 | $131.28 | 8,003,103 | 11/14/2022 | $112.06 | 8,003,148 |
| | 11/14/2022 | $8.26 | 8,003,148 | 11/14/2022 | $128.56 | 8,003,148 |
| | 12/12/2022 | $112.06 | 8,003,201 | 12/12/2022 | $128.57 | 8,003,201 |
| | 01/09/2023 | $112.05 | 8,003,257 | 01/09/2023 | $8.18 | 8,003,257 |
| | 01/09/2023 | $128.56 | 8,003,257 | | | |

**Chapter 13 Case # 20-21769**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | | | | | | |
| | 05/17/2021 | $658.12 | 869,850 | 06/21/2021 | $111.47 | 871,610 |
| | 07/19/2021 | $111.46 | 873,467 | 08/16/2021 | $111.47 | 875,151 |
| | 09/20/2021 | $111.44 | 876,871 | 10/18/2021 | $111.49 | 878,664 |
| | 11/17/2021 | $112.65 | 880,372 | 12/13/2021 | $112.64 | 882,024 |
| | 01/10/2022 | $112.65 | 883,665 | 02/14/2022 | $70.27 | 885,336 |
| | 03/14/2022 | $112.64 | 887,070 | 04/18/2022 | $114.43 | 888,725 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,204.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 13,077.54 | 100.00% | 5,936.11 | 7,141.43 |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 10,838.93 | 100.00% | 4,919.98 | 5,918.95 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 11,117.11 | 100.00% | 5,046.24 | 6,070.87 |
| 0008 | CITIBANK NA | UNSECURED | 4,088.95 | 100.00% | 1,856.06 | 2,232.89 |
| 0009 | CITIBANK NA | UNSECURED | 7,751.18 | 100.00% | 3,518.42 | 4,232.76 |
| 0011 | DISCOVER BANK | UNSECURED | 2,244.39 | 100.00% | 1,018.77 | 1,225.62 |
| 0012 | DISCOVER BANK | UNSECURED | 10,294.59 | 100.00% | 4,672.88 | 5,621.71 |
| 0013 | GS BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,330.42 | 100.00% | 2,873.48 | 3,456.94 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 231.08 | 100.00% | 104.89 | 126.19 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,262.85 | 100.00% | 3,296.73 | 3,966.12 |
| 0024 | JPMORGAN CHASE BANK NA | UNSECURED | 7,107.73 | 100.00% | 3,226.32 | 3,881.41 |
| 0025 | ACURA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | ACURA FINANCIAL SERVICES | ADMINISTRATIVE | 538.00 | 100.00% | 538.00 | 0.00 |

**Total Paid: $39,212.78**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $40,635.00   -   Paid to Claims: $37,007.88   -   Admin Costs Paid: $2,204.90   =   Funds on Hand: $1,422.22

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.