UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
By:  Denise Carlon, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Secured Creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Order Filed on April 28, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Anatoliy Gavrilov
        Debtor

    Tatyana Geyvandova,
        CO-Debtor

Case No.: 20-21769 SLM

Adv. No.:

Hearing Date:

Judge: Stacey L. Meisel

**CONSENT ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 28, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Anatoliy Gavrilov and Tatyana Geyvandova
Case No:  20-21769 SLM
Caption of Order:  CONSENT ORDER VACATING AUTOMATIC STAY
_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., upon a consent order to vacate the automatic stay as to real property known as 11 River Dell, Oakland, NJ, 07436, and with the consent of Edward Nathan Vaisman, Esq., counsel for the Debtor, Anatoliy Gavrilov.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 11 River Dell, Oakland, NJ, 07436 is hereby vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursued its rights in 11 River Dell, Oakland, NJ, 07436; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives.  Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and

I hereby agree and consent to the above terms and conditions:    Dated:  3/22/2023

*/s/Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:    Dated:

*/S/Edward Vaisman*
Edward Nathan Vaisman, ESQ., ATTORNEY FOR DEBTOR