**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

 ANATOLIY GAVRILOV

**Order Filed on July 10, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**Case No.:  20-21769 SLM**

**Hearing Date:  7/10/2024**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 10, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  ANATOLIY GAVRILOV

Case No.:  20-21769

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/10/2024 on notice to EDWARD NATHAN

VAISMAN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that in the event that the electronic payments posted on 7/5/2024 and 7/8/2024 are reversed

  and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon certification of

  the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney; and it is further


- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.