UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward N. Vaisman, Esq. 0015372003
VAISMAN LAW OFFICES
33 Wood Avenue South, Ste 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for the Debtor

In Re:

Anatoliy Gavrilov

Case No.:  20-21769

Judge:  Meisel

Chapter:  13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by  Chapter 13 Standing Trustee  ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows:

Debtor's employer, FDNY, has temporarily cut overtime but will resume next month. Therefore, the debtor will pay 2 monthly trustee payments in July to offset the slight late payment which now technically appear as arrears.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __5/5/2025_____          /s/Edward N. Vaisman_____
                                      Debtor's Signature

Date: _____          _____
                                      Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*